FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2026

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LATISHA C.,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | No. 1:25-cv-03216-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE**<br><br>**ECF Nos. 15, 18** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 18, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney Thomas Bothwell represents Plaintiff.  Attorney L. Jamala Edwards represents Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

1.  The parties' Stipulated Motion for Remand, **ECF No. 18**, is **GRANTED**.

2.  The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following instructions.  On remand, the Appeals Council shall assign a new Administrative Law Judge (ALJ) to the matter and instruct the newly assigned ALJ to:

ORDER - 1

- Reevaluate the medical opinions and the prior medical findings;

- Give further consideration to Plaintiff's maximum residual functional capacity and subjective complaints;

- If necessary, obtain supplemental evidence from a vocational expert;

- Offer Plaintiff the opportunity for a new hearing;

- Take further action needed to complete the administrative record; and

- Issue a new decision.

ECF No. 18 at 1-2.

3.    Judgment shall be entered for **PLAINTIFF**.

4.    Plaintiff's Opening Brief, **ECF No. 15**, is **STRICKEN AS MOOT**.

5.    Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment in favor of Plaintiff**, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 11, 2026.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2